EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT #3753
Assistant U.S. Attorney

WILLIAM L. SHIPLEY
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: William.Shipley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 7 2003

at __ o'clock and __ min __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PETER J. GADDY,<br><br>Defendant. | CR. NO. CR 03-00589  HG<br><br>INDICTMENT<br><br>[18 U.S.C. § 1001 - False Statement in a Document<br>18 U.S.C. § 1035 - False Statement Relating to Health Care] |

INDICTMENT

The Grand Jury charges that:

COUNT 1

[18 U.S.C. § 1001(a)(3) -
False Statement in a Document]

On or about the October 23, 2000, in the District of Hawaii, in a matter within the jurisdiction of the General Services Administration, an agency within the Executive Branch of

the government of the United States, the defendant, PETER J. GADDY, did knowingly and willfully make and use a material false writing and document, knowing the same to contain a material false statement and entry; that is, the defendant submitted to the General Services Administration a "Health Benefits Election Form," adding "L.D.F." to the coverage under his federal health care benefits plan as his "spouse" when in truth and fact the defendant and "L.D.F." were not then married.

All in violation of Title 18, United States Code, Section 1001(a)(3).

## COUNT 2

[18 U.S.C. § 1035(a)(2) -
False Statement Relating to Health Care Matters]

On or about October 23, 2000, in the District of Hawaii, the defendant, PETER J. GADDY, in a matter involving a health care benefit program, did knowingly and willfully make and use a materially false writing and document, knowing the same to contain a material false statement and entry, in connection with the delivery of and payment for health care benefits and services; that is the defendant submitted a "Health Benefits Election Form" adding "L.D.F." to the coverage under his federal health care benefits plan as his "spouse" when in truth and fact the defendant and "L.D.F." were not then married.

///
///

All in violation of Title 18, United States Code, Section 1035(a)(2).

DATED: December 17, 2003 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
WILLIAM L. SHIPLEY
Assistant U.S. Attorney

United States v. Peter J. Gaddy
Cr. No. _____
"Indictment"

3