EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

WILLIAM L. SHIPLEY
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email:  William.Shipley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00589 ACK |
|---|---|---|
| Plaintiff, | ) ) ) | GOVERNMENT'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE |
| vs. | ) ) | |
| PETER J. GADDY, | ) ) | |
| Defendant. | ) ) | |

GOVERNMENT'S SENTENCING STATEMENT

The United States, by and through its attorney, the United States Attorney for the District of Hawaii, hereby states that it has no objection and/or clarifications to make to the draft Presentence Investigation Report dated December 27, 2005.

DATED:  Honolulu, Hawaii, January 10, 2006.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                              By /s/ William L. Shipley
                                   WILLIAM L. SHIPLEY
                                   Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

**Served by First Class Mail:**

William A. Harrison, Esq.                January 10, 2006
Davies Pacific Center
841 Bishop Street, Suite 800
Honolulu, HI  96813

**Served by hand-delivery:**

Anne M. Shimokawa                        January 10, 2006
U.S. Probation Officer
300 Ala Moana Blvd., Rm. C-110
Honolulu, Hawaii 96850

DATED:  Honolulu, Hawaii, January 10, 2006.


/s/ Gloria Parker