IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **UNITED STATES of AMERICA** | ) CR. NO. 03-00589 ACK |
| Plaintiff, | ) |
| vs. | ) |
| **PETER J. GADDY,** | ) |
| Defendant. | ) |

## ORDER GRANTING AN EXTENSION OF TIME
## TO FILE DEFENDANT'S SENTENCING STATEMENT

On January 10, 2006, Defendant Peter J. Gaddy filed a Request for an Extension of Time to File Defendant's Sentencing Statement. The Defendant requested an extension of time, from January 10, 2006 to January 13, 2006, to file his statement. For good cause shown, the Motion is GRANTED.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, January 11, 2006.



_____
Alan C. Kay
Sr. United States District Judge