# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/16/06  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 03-00589ACK |
| CASE NAME: | U.S.A. Vs. Peter J. Gaddy |
| ATTYS FOR PLA: | William Shipley |
| ATTYS FOR DEFT: | William A. Harrison |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | ESR-LG |
| DATE: | 2/16/06 | TIME: | 1:05pm-1:08pm |

COURT ACTION: EP: Correcting Sentence as to Counts 1, 2 and 3 of the Indictment- Defendant present not in Custody.

(Defendant was sentenced on 2-13-06).

Sentence-

No Imprisonment.

Probation-2 Years as to each count, to run concurrently

Special Conditions of Probation-

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision (mandatory condition). Since the defendant does not have a recent history of substance abuse and the offense is not drug related, is recommended that the Court waive the mandatory drug test condition.

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That restitution of $7,374.53 is due immediately to General Services Administration, and any remaining balance be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

10. That the defendant serve 90 days of home confinement as arranged by the Probation Office. During this time, the defendant shall remain at his place of residence during non-working hours and shall not leave his residence without the prior approval of the Probation Office except for Medical Appointments.

No Fine.

Special Assessment-$300.00 ($100.00 as to each Count.)

Defendant advised of his right to Appeal.

Submitted by Leslie L. Sai, Courtroom Manager