ORIGINAL

Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON #2948
841 Bishop Street, Suite 800
Davies Pacific Center
Honolulu, Hawaii 96813
Telephone Number: 523-7041
Facsimile: 538-7579
E-Mail: wharrison@hamlaw.net

Attorney for Defendant
PETER J. GADDY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 24 2006

at 4 o'clock and 05 min P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 03-00589 ACK |
|---|---|
| Plaintiff, | ) NOTICE OF APPEAL; CERTIFICATE OF SERVICE |
| vs. | ) |
| PETER J. GADDY, | ) |
| Defendant. | ) |

### NOTICE OF APPEAL

Notice is hereby given that Defendant PETER J. GADDY hereby appeals to the United States Court of Appeals for the Ninth Circuit from a Judgment and sentence imposed in this action on the 16th day of February, 2006.

DATED: Honolulu, Hawaii, February 16, 2006.

Law Offices Of:
HARRISON & MATSUOKA

/s/ William A. Harrison
WILLIAM A. HARRISON
Attorney for Defendant
PETER J. GADDY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00589 ACK |
| Plaintiff, | ) ) ) | CERTIFICATE OF SERVICE |
| vs. | ) ) ) | |
| PETER J. GADDY, | ) ) | |
| Defendant. | ) ) | |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Appeal will be duly served upon the following parties listed below via first class mail at their last-known addresses:

>WILLIAM L. SHIPLEY, ESQ.
>Assistant U. S. Attorney
>Room 6100
>PJKK Federal Building
>300 Ala Moana Boulevard
>Box 50183
>Honolulu, Hawaii  96850
>    Attorneys for Plaintiff
>    UNITED STATES OF AMERICA

Dated:  Honolulu, Hawaii, February 16, 2006.

Law Offices Of:
HARRISON & MATSUOKA

_____
WILLIAM A. HARRISON
Attorney for Defendant
PETER J. GADDY