AO83

# Court Copy

**U.S. District Court - Hawaii**
Receipt for Payment

*For Internal Use Only*

Receipt  234260

Trans  138760

Received From: **HARRISON & MATSUOKA**
Case Number:
Reference Number: CR 03-589

| | |
|---|---:|
| Check | 255.00 |
| Total | 255.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 255.00 |

| | |
|---|---:|
| **Total** | 255.00 |
| Tend | 255.00 |
| Due | 0.00 |

03/14/2006 01:32:32 PM          Deputy Clerk: bb/ECS