RECEIVED
CATHY A CATTERSON, CLERK
U.S COURT OF APPEALS

MAR 1 6 2006

FILED _____
DOCKETED _____
         DATE    INITIAL

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** U.S.A. vs. PETER J. GADDY

   **U.S. COURT OF APPEALS DOCKET NUMBER:** 06-10149

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 03-00589ACK

II. **DATE NOTICE OF APPEAL FILED:** 02/24/06

RECEIVED
CLERK U.S. DISTRICT COURT
MAR 2 0 2006
DISTRICT OF HAWAII

III. **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:**           **AMOUNT:**

   **NOT PAID YET:** ✓              **BILLED:** DUE

   **U.S. GOVERNMENT APPEAL:**       **FEE WAIVED:**

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**

   **WAS F.P. STATUS REVOKED:**     **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV. **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)