IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __06-10149__   U.S. District Court Case No. __CR. NO. 03-00589 ACK__

Short Case Title __UNITED STATES OF AMERICA v. PETER J. GADDY__

Date Notice of Appeal Filed by Clerk of District Court __February 24, 2006__

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS(strike portion not desired) |
|---|---|---|
| | | ~~Voir Dire~~ |
| | | ~~Opening Statements~~ |
| | | ~~Settlement Instructions~~ |
| | | ~~Closing Arguments~~ |
| | | ~~Jury Instructions~~ |
| | | ~~Pre-Trial Proceedings~~ |
| SEE ATTACHED | | Other (please specify) |

(additional page for designations if necessary)

( )   I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )   As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( )   As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __March 31, 2006__   Estimated date for completion of transcript _____

Print Name of Attorney __William A. Harrison__   Phone Number __(808) 523-7041__

Signature of Attorney _____

Address __841 Bishop Street, Suite 800, Honolulu, Hawaii  96813__

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 31 2006
at 1 o'clock and 30 min. PM
SUE BEITIA, CLERK

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____   Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

__Sue Beitia__                              BY: _____
(U.S. District Court Clerk)   (date)        DEPUTY CLERK

**Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Order Form

U.S. Court of Appeals Case No. <u>06-10149</u>   U.S. District Court Case No. CR. NO. 03-00589ACK

Short Case Title _____ UNITED STATES OF AMERICA v. PETER J. GADDY _____

Date Notice of Appeal Filed by Clerk of District Court___ February 24, 2006 _____

**SECTION A** – To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDING |
|---|---|---|
| October 19, 2005 | Sharon Ross | Jury Trial |
| October 20, 2005 | Sharon Ross | Jury Trial |
| October 21, 2005 | Sharon Ross | Jury Trial |
| October 25, 2005 | Sharon Ross | Jury Trial |
| October 26, 2005 | Sharon Ross | Jury Trial |
| October 27, 2005 | Sharon Ross | Jury Trial |
| November 2, 2005 | Debra Chun, a.m. & Cynthia Fazio, p.m | Partial Jury Deliberations |
| December 15, 2005 | Sharon Ross | Motion Hearing |