ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 06-10149   U.S. District Court Case No. CR. NO. 03-00589 ACK

Short Case Title UNITED STATES OF AMERICA v. PETER J. GADDY

Date Notice of Appeal Filed by Clerk of District Court   February 24, 2006

SECTION A - To be completed by party ordering transcript

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
MAY 15 2006
at 1 o'clock and 00 min. PM
SUE BEITIA, CLERK

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII MAR 31 2006 at 1 o'clock and 37 min. PM SUE BEITIA, CLERK | ~~Voir Dire~~ |
| | | ~~Opening Statement~~ |
| | | ~~Settlement Instructions~~ |
| | | ~~Closing Arguments~~ |
| | | ~~Jury Instructions~~ |
| | | ~~Pre-Trial Proceedings~~ |
| SEE ATTACHED | | Other (please specify) |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered March 31, 2006   Estimated date for completion of transcript _____

Print Name of Attorney William A. Harrison   Phone Number (808) 523-7041

Signature of Attorney _____

Address 841 Bishop Street, Suite 800, Honolulu, Hawaii 96813

SECTION B - To be completed by court reporter

I, Sharon Ross _____ have received this designation.
(signature of court reporter)
(✓) Arrangements for payment were made on 4-6-06
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

15 Approximate Number of Pages in Transcript–Due Date 5-4-06

SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed 4/19/06   Court Reporter's Signature Sharon Ross

SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia   09·15·06   BY: Alison Geaney
(U.S. District Court Clerk)   (date)   DEPUTY CLERK

**Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Order Form

U.S. Court of Appeals Case No. <u>06-10149</u>  U.S. District Court Case No. CR. NO. 03-00589ACK

Short Case Title _____ UNITED STATES OF AMERICA  v. PETER J. GADDY _____

Date Notice of Appeal Filed by Clerk of District Court_____ February 24, 2006 _____

**SECTION A** – To be completed by party ordering transcript

| HEARING DATE(s) Filed | COURT REPORTER | PROCEEDING |
|---|---|---|
| October 19, 2005  3-7-06 | Sharon Ross | Jury Trial |
| October 20, 2005  3-7-06 | Sharon Ross | Jury Trial |
| October 21, 2005  3-7-06 | Sharon Ross | Jury Trial |
| October 25, 2005  3-7-06 | Sharon Ross | Jury Trial |
| October 26, 2005  3-7-06 | Sharon Ross | Jury Trial |
| October 27, 2005  3-7-06 | Sharon Ross | Jury Trial |
| November 2, 2005 | Debra Chun, a.m. & Cynthia Fazio, p.m | Partial Jury Deliberations |
| December 15, 2005  4/19/06 | Sharon Ross | Motion Hearing |