# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: October 2, 2006

To: United States Court of Appeals  Attn: ( )  Civil
    For the Ninth Circuit
    Office of the Clerk  (✓)  Criminal
    95 Seventh Street
    San Francisco, California 94103  ( )  Judge

From: United States District Court
     300 Ala Moana Blvd. Room C-338
     Honolulu, Hawaii 96813

DC No:          CR03-00589 ACK          Appeal No:   06-10149
Short Title:    USA vs. Gaddy

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: 9/13/05 Subpoena, 96

Acknowledgment: _____  Date: _____

cc: all counsels