Hon. Michael Daly Hawkins
U.S. Circuit Judge
510 United States Courthouse
401 West Washington Street, Spc. 47
Phoenix, Arizona 85003-2151

<u>VIA Fed Ex</u>

Date: January 3, 2007

To: USDC Hawaii (Honolulu)
Clerk, U.S. District of Hawaii
300 Ala Moana Blvd. Room C-338
Honolulu, HI 96850

From: Judge Michael Daly Hawkins - Ninth Circuit Court of Appeals
By: Laura Ferguson

CA No.: 06-10149

DC No.: 1:03-cr-00589-ACK-ALL

Title: United States v. Gaddy

Records Returned:

___1___ Volume(s) of Original Clerk's Record

_____ Reporter's Transcripts

_____ 1 Folder (Sealed Document)

OTHER: _____

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 0 5 2007
DISTRICT OF HAWAII

cc: Records Unit, Clerk's Office, Ninth Circuit Court of Appeals, San Francisco