```
INTERNAL USE ONLY: Proceedings include all events.
06-10149 USA, et al v. Gaddy
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | William L Shipley<br>FAX 808/541-2958<br>808/541-2850<br>Room 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| PETER J. GADDY<br>    Defendant - Appellant | William A. Harrison, Esq.<br>808/523-7041<br>Suite 800<br>[COR LD NTC ret]<br>841 Bishop St.<br>Honolulu, HI 96813-3921 |